IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SETH WILLIS PICKERING <br><br> Defendant. | DOCKET NO. 1:16-CR-116 <br><br> **DEFENDANT'S NOTICE OF APPEAL** |

**COMES NOW**, the Defendant, Seth Willis Pickering, by and through his counsel, S. Frederick Winiker, III, and Assistant Federal Defender Mary Ellen Coleman, and, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby gives notice of appeal of his conviction, judgment, and sentence by the District Court (Doc 63 – Judgment, September 5, 2018), to the United States Court of Appeals for the Fourth Circuit.

///

1

The Defendant had been found indigent by the District Court and asks that counsel be appointed for appeal. Undersigned counsel hereby move to withdraw for purposes of appeal and otherwise request that they not be appointed on appeal so that effective assistance may be properly reviewed. At the request of the Defendant, undersigned counsel will remain counsel of record for the remaining District Court matters in this case.

Respectfully submitted this 26th day of September, 2018.

s/ S. Frederick Winiker, III
S. Frederick Winiker, III
Winiker Law Firm, PLLC
435 East Morehead St.
Charlotte, NC 28202
(704) 333-8440
Fax: (704) 831-5274
Email: swiniker@winikerlaw.com

s/ Mary Ellen Coleman
Mary Ellen Coleman
Assistant Federal Defender
NC Bar No. 45313
Federal Defenders of
Western North Carolina, Inc.
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992 (phone)
(828)232)5575 (fax)
Mary_Ellen_Coleman@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was served by electronic delivery upon the following:

    David Andrew Thorneloe
    John D. Pritchard
    Assistant United States Attorneys
    U.S. Attorney`s Office for the WDNC
    100 Otis Street, Room 233, US Courthouse
    Asheville, NC 28801
    828-271-4661
    Fax: 828-271-4670
    Email: david.thorneloe@usdoj.gov; john.pritchard@usdoj.gov

Respectfully submitted this 26th day of September, 2018.

                s/ S. Frederick Winiker, III
                S. Frederick Winiker, III
                Winiker Law Firm, PLLC
                435 East Morehead St.
                Charlotte, NC 28202
                (704) 333-8440
                Fax: (704) 831-5274
                Email: swiniker@winikerlaw.com

                s/ Mary Ellen Coleman
                Mary Ellen Coleman
                Assistant Federal Defender
                NC Bar No. 45313
                Federal Defenders of
                Western North Carolina, Inc.
                1 Page Avenue, Suite 210
                Asheville, NC 28801
                (828) 232-9992 (phone)
                (828)232)5575 (fax)
                Mary_Ellen_Coleman@fd.org